UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

CHARLES WILSON,

        Plaintiff,

v.                                                    Case No. 02-C-0977

BERNARD GOLDSTEIN,

        Defendant.

**ORDER**

Plaintiff Charles Wilson has filed a "Motion to Withdraw Plaintiff's 42 U.S.C. § 1983 Complaint and file in the Proper judicial district, and Correct Courts erra [sic]." Plaintiff's complaint was dismissed, with prejudice, on January 22, 2003, for failure to state a claim upon which relief could be granted. The court will treat plaintiff's motion as one for relief from judgment pursuant to Fed. R. Civ. P. 60(b). Plaintiff's motion states no grounds for relief. Accordingly, it is denied.

**SO ORDERED.**

Dated this 27th day of July, 2005.

                                                      s/ William C. Griesbach
                                                    William C. Griesbach
                                                    United States District Judge