UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

CHARLES WILSON,

    Plaintiff,

  v.                                           Case No. 02-C-977

BERNARD GOLDSTEIN,

    Defendant.

CHARLES WILSON,

    Plaintiff,

  v.                                           Case No. 02-C-1254

CITY OF MILWAUKEE POLICE DEPARTMENT, et al.,

    Defendants.

**ORDER**

      Plaintiff filed motions in both of the above-captioned cases to vacate my orders requiring him to pay the appellate filing fee. His basis for the motions is that he moved to voluntarily dismiss his appeals with the Seventh Circuit Court of Appeals. Nevertheless, when the Seventh Circuit dismissed his appeals in October 2005, it ordered him to pay the appellate fees to the district clerk. It was on that authority that I ordered the plaintiff to pay the full amount of the fees due. The fact that he may have voluntarily moved to dismiss his appeals has no bearing on the fees.

Therefore, the motions to dismiss the filing fee orders are denied.

SO ORDERED this 27th day of July, 2006.

        s/ William C. Griesbach
        William C. Griesbach
        United States District Judge