UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

CHARLES WILSON,

    Plaintiff,

v.                                                    Case No. 02-C-977

BERNARD GOLDSTEIN,

    Defendant.

## ORDER

    Plaintiff Wilson has filed a motion for relief from the filing fee imposed for his appeal in this action. Specifically, he seeks an order allowing the Department of Corrections to withdraw the fee from his release account rather than his prison trust account. The request will be denied. Under Wis. Admin. Code § DOC 309.466(2), release account funds may not be used for any pre-release activities. The statute plaintiff cites, Wis. Stat. § 814.29(lm)(d), does not authorize a federal court to order the warden to access the prisoner's release account at the prisoner's option – or else *all* prisoners would presumably wish to delve into such funds.

    Accordingly, the motion is **DENIED**.

    Dated this   20th   day of July, 2007.

                                                   s/ William C. Griesbach
                                                   William C. Griesbach
                                                   United States District Judge